USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5-22-18

# SCLAR LAW GROUP

120 West 45th Street, Suite 605
NEW YORK, NY 10036
Tel.: (646) 494-3240
Fax: (212) 537-0359

MEMO ENDORSED

ALAN M. SCLAR
asclar@sclarlaw.com
Direct No. (646) 494-2809

May 16, 2018

Hon. Andrew L. Carter Jr.
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re: 17-civ-8199 (ALC) (KNF) Alexandra Dobbs and Franc Perino v. M.T.A et al.

Dear Judge Carter:

      We represent Advance Transit in the above matter. Plaintiff's attorney, James E. Bahamonde, has informed me that he will be making a settlement demand to co-defendants in the next week or so and has consented to Advance Transit extending its time to Answer the Complaint to June 16th, 2018. We respectfully ask this court to grant such extension. I thank the Court in advance for its consideration.

                                                      Respectfully submitted,

                                                      Alan M. Sclar, Esq.

Cc:
James E. Bahamonde, Esq.
2501 Jody Court
North Bellmore, NY 11710
Telephone No.: (646) 290-8258

Kavita Kiran Bhatt, Esq.
130 Livingston Street
Brooklyn, N.Y. 11201

SO ORDERED:

_____
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
5-22-18