Case 1:17-cv-08199-ALC   Document 40   Filed 06/19/18   Page 1 of 2
Case 1:17-cv-08199-ALC   Document 39   Filed 06/18/18

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6-19-18

Law Office of
# JAMES E. BAHAMONDE, P.C.

2501 Jody Court
North Bellmore, NY 11710
Long Island Tel. (516) 783-9662
New York City Tel. (646) 290-8258
Fax No. (646) 435-4376
James@CivilRightsNY.com

June 18, 2018

**BY ECF**

Hon. Andrew L. Carter, Jr
United States District Judge
Southern District of New York
500 Pearl St., Room 1950
New York, NY 10007

       RE:   *Dobbs, et al. v. Metropolitan Transit Authority, et al.,*
              **17cv8199 (ALC)(KNF)**

Dear Judge Carter, Jr:

I am an attorney from the Law Office of James E. Bahamonde, PC and hereby submit this joint status letter.

On May 3, 2018, Plaintiffs and Defendants MTA and Transit Authority appeared at a pre-motion conference before Your Honor. At that time, parties said we would try to resolve the case and avert motion practice. However, parties have been unable to reach to a resolution.

Consequently, Defendants respectfully seek permission to file a motion to dismiss. As a result, parties propose the following briefing schedule:

| Notice of Motion and supporting papers | August 10, 2018 |
|---|---|
| Papers in Opposition | September 20, 2018 |
| Reply, if any | October 1, 2018 |

Thank you for your time and consideration.

**Law Office of**
**James E. Bahamonde, PC**                                         June 18, 2018

                          Respectfully yours,

                          /s/ James E. Bahamonde

                          James E. Bahamonde, Esq.

cc: (by ECF)
K. Bhatt
Executive Agency Counsel
New York City Transit Authority
130 Livingston Street, 12th Floor
Brooklyn, NY 11201

Alan M. Sclar
Sclar Law Group, LLC
120 West 45th St., Suite 605
New York, NY 10036

SO ORDERED:

/s/ Andrew L. Carter, Jr.

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
6-19-18