UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ALEXANDRIA DOBBS and FRANK PERINO,
Individually and on behalf of all other similarly
situated,

    17-CV-8199 (ALC)

    Plaintiffs,

    **STIPULATION AND ORDER FOR**
    **SUBSTITUTION OF ATTORNEYS**

-against-

METROPOLITAN TRANSIT AUTHORITY,
NEW YORK CITY TRANSIT AUTHORITY,
ADVANCE TRANSIT CO. INC. and JOHN
DOE 2,

    Defendants.
------------------------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED that Schnader Harrison Segal & Lewis LLP, be and hereby is substituted in place and stead of Smith Mazure Director Wilkins Young & Yagerman as attorneys for Defendant Advance Transit Co. Inc. in the above-entitled action and that all future papers shall be served upon Schnader Harrison Segal & Lewis LLP at the address indicated below.

Dated: New York, New York
        June _____, 2019

Dated: New York, New York
        June _14_, 2019

SMITH MAZURE DIRECTOR
WILKINS YOUNG & YAGERMAN

SCHNADER HARRISON SEGAL & LEWIS LLP

By: _____
    Alan M. Sclar, Esq.
111 John Street, 20th Fl.
New York, NY 10038
(212) 964-7400
*Outgoing Attorneys for Defendant*
ADVANCE TRANSIT CO. INC.

By: _____
    Bruce Strikowsky, Esq.
140 Broadway, Suite 3100
New York, NY 10005
(212) 973-8000
*Incoming Attorneys for Defendant*
ADVANCE TRANSIT CO. INC.

Dated: _____, 2019

SO ORDERED:

_____
Hon. Andrew L. Carter, Jr., U.S.D.J.