Law Offices of
# JAMES E. BAHAMONDE, P.C.

2501 Jody Court
North Bellmore, NY 11710
Long Island Tel. (516) 783-9662
New York City Tel. (646) 290-8258
Fax No. (646) 435-4376
James@CivilRightsNY.com

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6-21-19

June 20, 2019

**BY ECF**

Hon. Andrew L. Carter, Jr
United States District Judge
Southern District of New York
500 Pearl St., Room 1950
New York, NY 10007

      RE:   *Dobbs, et al. v. Metropolitan Transit Authority, et al.*,
             <u>17cv8199 (ALC)(KNF)</u>

Dear Judge Carter:

    I represent the plaintiffs in the above referenced action and hereby submit this status report and letter motion seeking a 30-day extension of time to file an Amended Complaint and date Defendants must commence their anticipated motion to dismiss. (*See,* Docket Doc. 75). Defendants consent to the extension of time and propose amended schedule.

    Defendant Advance Transit Co. Inc. has retained new counsel. (*See*, Docket Doc. <u>76</u>). Consequently, in order to provide new counsel an opportunity to apprise himself of the facts of the case, as well as time to discuss settlement, I respectfully request a 30-day extension of time to file the Amended Complaint, and 30 day extension of time for Defendants to file their anticipated motion to dismiss.

    Accordingly, on consent, Plaintiffs propose the following amended schedule:

File Amended Complaint by August 8, 2019

Defendants' Motions to Dismiss:
- Defendants' motion by August 29, 2019;
- Plaintiffs' Opposition: September 19, 2019;
- Defendants' Replies, if any: September 26, 2019

Thank you for your time and consideration.

**Law Offices of**
**James E. Bahamonde, PC**                                         June 20, 2019

                                              Respectfully yours,

                                              /s/ James E. Bahamonde

                                              James E. Bahamonde, Esq.

cc: (by ECF)
Alexis Downs, Esq.
*Attorney for Defendants MTA and New York City Transit Authority*

Bruce M. Strikowsky
Schnader Harrison Segal & Lewis LLP
bstrikowsky@schnader.com
*Attorney for Advance Transit Co. Inc.*

SO ORDERED:

/s/ Andrew L. Carter, Jr.
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
6-21-19