130 Livingston Street  Andy Byford
Brooklyn, NY 11201  President

**MTA New York City Transit**

November 6, 2019

**By ECF and Email to ALCarterNYSDChambers@nysd.uscourts.gov**
Hon. Andrew L. Carter, Jr
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

        Re:    *Alexandria Dobbs and Frank Perino v. Metropolitan Transit Authority, New York City Transit Authority, Advanced Transit Co. Inc.*; **Docket No. 17-CV-8199 (ALC)**

Dear Judge Carter:

        This office represents defendants Metropolitan Transit Authority and New York City Transit Authority (collectively, "Transit Defendants") in the above-entitled action. I write to respectfully request that the dates in the briefing schedule for Transit Defendants' anticipated motion to dismiss Plaintiffs' second amended complaint be extended by 18 days. This is Transit Defendants' first request for an extension of this briefing schedule which was set by the Court on November 5, 2019. *See* Order dated November 5, 2019, at Docket Entry No. 83. Plaintiffs consent to the proposed extension. Co-defendant Advanced Transit Co., Inc., consents to the proposed extension on the condition that the briefing schedule is also extended with respect to Advance Transit Co.'s anticipated motion to dismiss.

        The reason for this request is that the undersigned counsel will be out of the office on vacation beginning November 7, 2019, and returning December 2, 2019. The majority of that time the undersigned counsel will be out of the country. Transit Defendants, therefore, respectfully request an 18 day extension of the briefing schedule as follows:

        Defendants' Motion to Dismiss:   December 20, 2019

        Plaintiffs' Opposition:   January 17, 2020

        Defendants' Reply, if any:   January 24, 2020

        Thank you for your consideration of this request.

        Respectfully submitted,

        s/Alexis Downs
        Executive Agency Counsel
        New York City Transit Authority
        130 Livingston Street, 12th Floor
        Brooklyn, New York 11201
        Tel: (718) 694-5766

                                        Fax: (718) 694-5727
                                        alexis.downs@nyct.com

cc:    LAW OFFICES OF JAMES E. BAHAMONDE, PC
*Attorneys for Plaintiff*
Att: James E. Bahamonde (by ECF)
2501 Jody Court
North Bellmore, NY 11710
Tel: (516)-783-9662
Fax: (646)-435-4376
James@CivilRightsNY.com

SCHNADER, HARRISON , SEGAL & LEWIS
*Attorneys for Defendant Advanced Transit Co. Inc.*
140 Broadway, Suite 3100
New York, NY 10005
Tel: (212) 973-8000
Fax: (212)972-8798
Att: Bruce Strikowsky (by ECF)
bstrikowsky@schnader.com