Law Office of
## JAMES E. BAHAMONDE, P.C.

2501 Jody Court
North Bellmore, NY 11710
Long Island Tel. (516) 783-9662
New York City Tel. (646) 290-8258
Fax No. (646) 435-4376
James@CivilRightsNY.com



September 24, 2020

**BY ECF**

Hon. Andrew L. Carter, Jr
United States District Judge
Southern District of New York
500 Pearl St., Room 1950
New York, NY 10007

**MEMO ENDORSED**

          RE:   *Hobbs, et al. v. Metropolitan Transit Authority, et al.,*
                **17cv8199 (ALC)(KNF)**

Dear Judge Carter, Jr:

I represent the plaintiff in the above referenced action and pursuant to the court order, dated September 11, 2020, hereby submit this joint status letter.

Since parties last communicated, Defendant Advanced Transit Co., Inc.'s attorney, Bruce Strikowsky has represented that his client is no longer in operation and Advance Transit Co. has not compensated his law firm.

Defendants MTA and NYC Transit Authority's attorney, Alexis Downs, has asked for Plaintiff's current settlement demand. Therefore, Plaintiffs are presently preparing a demand.

To provide us a fair opportunity to begin settlement discussions and ascertain if settlement is possible, parties seek a 45-day window to accomplish this task. At the end of 45 days, parties propose filing a status letter with the court on or before November 9, 2020.

Thank you for your time and consideration.

                                                Respectfully yours,

                                                /s/ James E. Bahamonde

                                                James E. Bahamonde, Esq.

**Law Office of**
**James E. Bahamonde, PC**                                         September 24, 2020

cc: (by ECF)
Alexis Downs
Executive Agency Counsel
*Attorney for MTA and New York City Transit Authority*


Bruce M. Strikowsky
Schnader Harrison Segal & Lewis LLP
*Attorney for Advance Transit Co.*

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

10/5/20

The parties should file a joint status report
by November 9, 2020