Law Office of<br>
**JAMES E. BAHAMONDE, P.C.**

2501 Jody Court<br>
North Bellmore, NY 11710<br>
Long Island Tel. (516) 783-9662<br>
New York City Tel. (646) 290-8258<br>
Fax No. (646) 435-4376<br>
James@CivilRightsNY.com

USDC SDNY<br>
DOCUMENT<br>
ELECTRONICALLY FILED<br>
DOC#: _____<br>
DATE FILED: January 15, 2021

January 14, 2021

**BY ECF**

Hon. Andrew L. Carter, Jr<br>
United States District Judge<br>
Southern District of New York<br>
500 Pearl St., Room 1950<br>
New York, NY 10007



RE.   *Hobbs, et al. v. Metropolitan Transit Authority, et al.,*<br>
      **17cv8199 (ALC)(KNF)**

Dear Judge Carter, Jr:

I represent the plaintiffs in the above referenced action and respectfully request a 30-day extension of time to file a status letter. All parties consent to the request.

On January 12, 2021, Byron Z. Zinonos, an attorney from the Transit Authority advised that Alexis Downs is currently out on family leave and the Transit Authority is in the process of retaining outside counsel for this case. Mr. Zinonos asked if I would consent to write to the court seeking an extension of time. On January 14, 2021, John Egan advised that his firm, Seyfarth Shaw LLP, has been engaged in this matter and will file a notice of appearance on behalf of the MTA and the Transit Authority.

Consequently, to allow Seyfarth Shaw LLP sufficient time to get up to date with the facts in this case as well as provide parties time to discuss if settlement is possible, we respectfully request a 30-day extension of time to file a status letter on or before February 12, 2021.

Thank you for your time and consideration.

SO ORDERED:<br>
/s/ Andrew L. Carter<br>
HON. ANDREW L. CARTER, JR.<br>
UNITED STATES DISTRICT JUDGE

January 15, 2021

Respectfully yours,

/s/ James E. Bahamonde

James E. Bahamonde, Esq.

**Law Office of**
**James E. Bahamonde, PC**                                                      January 14, 2021

cc: (by ECF)
Alexis Downs
John Egan
Byron Z. Zinonos
*Attorneys for MTA and New York City Transit Authority*

Bruce M. Strikowsky
Schnader Harrison Segal & Lewis LLP
*Attorney for Advance Transit Co.*