USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: February 15, 2021

Law Office of
## JAMES E. BAHAMONDE, P.C.

2501 Jody Court
North Bellmore, NY 11710
Long Island Tel. (516) 783-9662
New York City Tel. (646) 290-8258
Fax No. (646) 435-4376
James@CivilRightsNY.com

February 12, 2021

**BY ECF**

Hon. Andrew L. Carter, Jr
United States District Judge
Southern District of New York
500 Pearl St., Room 1950
New York, NY 10007



RE.   *Hobbs, et al. v. Metropolitan Transit Authority, et al.,*
      **17cv8199 (ALC)(KNF)**

Dear Judge Carter, Jr:

I represent the plaintiffs and, joined by Defendants New York City Transit Authority and MTA, respectfully request a 14-day extension of time to file a status letter. This is the second request for an extension of time.

On January 15, 2021, the Court granted parties a 30-day extension of time to file a status report by February 12, 2021. On February 9, 2021, John Egan, the attorney who represents the New York City Transit Authority and MTA, advised me that his firm is continuing to communicate with internal decision-makers on the settlement demand and requires more time to respond. Consequently, parties respectfully request two weeks, until February 26, 2021, to file a status report.

Thank you for your time and consideration.

Respectfully yours,

/s/ James E. Bahamonde

James E. Bahamonde, Esq.

cc: (by ECF)
Alexis Downs
John Egan

**Law Office of**
**James E. Bahamonde, PC**                                                February 12, 2021

Byron Z. Zinonos
*Attorneys for MTA and New York City Transit Authority*

Bruce M. Strikowsky
Schnader Harrison Segal & Lewis LLP
*Attorney for Advance Transit Co.*

SO ORDERED:

_____
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

February 15, 2021