USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __11/2/2021__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **ALEXANDRIA DOBBS,** *individually and on behalf of all others similarly situated*, **ET AL., S**<br><br>**Plaintiffs,**<br><br>-against-<br><br>**METROPOLITAN TRANSIT AUTHORITY ET AL.,**<br><br>**Defendants.** | 17-cv-8199 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

On September 3, 2021 the Court ordered the parties to file a joint status report by October 28, 2021. (ECF No. 127). To date, the Court has not received the requested report.

The parties are hereby ordered to file a joint status report no later than **November 8, 2021**. The report shall include an update on the status of mediation and settlement discussions.

**SO ORDERED.**

Dated:   November 2, 2021
         New York, New York

                                                                _____
                                                                **ANDREW L. CARTER, JR.**
                                                                **United States District Judge**