**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/31/2022__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
ALEXANDRIA HOBBS AND FRANK
PERINO, Individually and on Behalf of All
Others Similarly Situated,

           Plaintiffs,

  -against-

METROPOLITAN TRANSIT
AUTHORITY, NEW YORK CITY
TRANSIT AUTHORITY, ADVANCE
TRANSIT CO. INC., AND JOHN DOE 2,

           Defendants.
------------------------------------------------------- X

Case No. 17 Civ. 8199 (ALC) (SN)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

     Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Alexandria Hobbs and Frank Perino and Defendants the New York City Transit Authority and the Metropolitan Transportation Authority (incorrectly referenced in the caption as "Metropolitan Transit Authority"), hereby stipulate and agree that the above-captioned action shall be DISMISSED WITH PREJUDICE as to all defendants. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: New York, New York
       October 25, 2022

| | |
|---|---|
| **SEYFARTH SHAW LLP** | **LAW OFFICES OF JAMES E. BAHAMONDE, PC** |
| By: *(signature)* | By: *(signature)* |
| John W. Egan<br>620 8th Avenue, 32nd Floor<br>New York, NY 10018<br>Telephone: (212) 218-5547<br>*Attorneys for Defendants* | James E. Bahamonde<br>2501 Jody Court<br>North Bellmore, NY 11710<br>Telephone: (516)-783-9662<br>*Attorneys for Plaintiffs* |

SO ORDERED: *(signature)*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
10/31/2022

2